IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARCEA SENDEN, )
)
          Plaintiff, )
)
vs. )
)
SAFEWAY, INC. )
)
          Defendant. ) Case No. 3AN-10-09878 CI
)

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on December 27, 2010, the Defendant, SAFEWAY INC. (hereinafter "Safeway"), named as Defendant in the complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska its notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned Court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this Court, effects the removal of this action and the above-captioned Court may proceed no further, unless and until the case is remanded.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 27th day of December, 2010, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant

*Cynthia Ducey* (signature)
Cynthia L. Ducey
Alaska Bar No. 8310161

CERTIFICATE OF SERVICE

This certifies that I am an authorized agent of Delaney Wiles, Inc., for service of papers pursuant to Civil Rule 5, and that on this 27th day of December, 2010, a copy of the foregoing document was served by mail upon:

Joe P. Josephson
Jody A. Reausaw
Josephson & Associates
912 West 6th Avenue
Anchorage, AK 99501

*Donna Charter* (signature)
Donna Charter
4828-9652-7880, v. 1

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Notice of Removal
*Senden v. Safeway, Inc.*
Page 2 of 2
Case No. 3AN-10-09878 CI

Case 3:10-cv-00281-JWS   Document 1-1   Filed 12/28/10   Page 2 of 2
EXHIBIT A
Page 2 of 2